Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
**BLANK ROME LLP**
301 Carnegie Center Drive, Suite 301
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile (609) 750-7701

and

Daniel L. Goldberg *( pro hac vice pending)*
Charles L. Solomont *(pro hac vice pending)*
Lisa E. Kirby *(pro hac vice pending)*
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8736

*Attorneys for Defendants*

THE NEW ENGLAND PATRIOTS, LP AND
BILL BELICHICK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL J. MAYER, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BILL BELICHICK, THE NEW ENGLAND PATRIOTS, and THE NATIONAL FOOTBALL LEAGUE,<br>Defendants. | CIVIL ACTION NO. 07-4671 (GEB)<br><br>HON. GARRETT E. BROWN, Chief Judge<br><br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF MOTION** |

TO:   Bruce I. Afran, Esq.
        10 Braeburn Drive
        Princeton, NJ 08540
        Attorney for Plaintiff

099999.00200/50362169v.1

Carl J. Mayer, Esq.
Mayer Law Group
56 Battle Road
Princeton, NJ 08540
Attorneys for Plaintiff

Robert J. Del Tufo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorneys for Defendant
National Football League

PLEASE TAKE NOTICE that on November 3, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, The New England Patriots LP and Bill Belichick ("Defendants"), shall move before the Honorable Garrett E. Brown, Chief Judge, United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Bldg. and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an Order granting the Motion of Defendants The New England Patriots, LP and Bill Belichick to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendants The New England Patriots, LP and Bill Belichick will rely on their Memorandum of Law and Declaration of Stephen M. Orlofsky (and the exhibit annexed thereto). A proposed form of Order is also enclosed; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

_____
Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
**BLANK ROME LLP**
301 Carnegie Center Drive, Suite 301
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile (609) 750-7701

and

Daniel L. Goldberg *(pro hac vice pending)*
Charles L. Solomont *(pro hac vice pending)*
Lisa E. Kirby *(pro hac vice pending)*
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

*Attorneys for Defendants*

THE NEW ENGLAND PATRIOTS, LP AND
BILL BELICHICK

October 9, 2008