Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
**BLANK ROME LLP**
301 Carnegie Center Drive, Suite 301
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile (609) 750-7701

and

Daniel L. Goldberg *( pro hac vice pending)*
Charles L. Solomont *(pro hac vice pending)*
Lisa E. Kirby *(pro hac vice pending)*
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8736

*Attorneys for Defendants*

THE NEW ENGLAND PATRIOTS, LP AND
BILL BELICHICK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL J. MAYER, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BILL BELICHICK, THE NEW ENGLAND PATRIOTS, and THE NATIONAL FOOTBALL LEAGUE,<br>Defendants. | CIVIL ACTION NO. 07-4671 (GEB)<br><br>HON. GARRETT E. BROWN, Chief Judge<br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Blank Rome LLP, a Pennsylvania LLP, and Bingham McCutchen LLP, attorneys for Defendants, The New England Patriots LP and Bill Belichick ("Defendants"), for an Order granting their Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and Stephen M. Orlofsky, Esq. and David C. Kistler, Esq. of Blank Rome LLP and Daniel L. Goldberg, Esq., Charles L. Solomont, Esq. and Lisa E. Kirby, Esq. of Bingham McCutchen LLP appearing on behalf of Defendants, The New England Patriots LP and Bill Belichick, and Bruce I. Afran, Esq. and Carl J. Mayer of the Mayer Law Group appearing on behalf of Plaintiff Carl J. Mayer, and Robert J. Del Tufo, Esq. of Skadden, Arps, Slate, Meagher & Flom LLC appearing on behalf of Defendant The National Football League; and for good cause shown:

IT IS ON THIS _____ DAY OF NOVEMBER 2008,

ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as to its claims against Defendants, The New England Patriots LP and Bill Belichick, is hereby **GRANTED**; and it is further

ORDERED that the claims asserted against Defendants, The New England Patriots LP and Bill Belichick, are hereby dismissed in their entirety and with prejudice; and it is further

ORDERED that a copy of this Order shall be served upon all parties within _____ days of the date hereof.

_____
Hon. Garrett E. Brown, Chief Judge