Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
**BLANK ROME LLP**
301 Carnegie Center Drive, Suite 301
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile (609) 750-7701

and

Daniel L. Goldberg *( pro hac vice pending)*
Charles L. Solomont *(pro hac vice pending)*
Lisa E. Kirby *(pro hac vice pending)*
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736

*Attorneys for Defendants*

THE NEW ENGLAND PATRIOTS, LP AND
BILL BELICHICK


## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL J. MAYER, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED, <br><br>            Plaintiffs, <br><br> vs. <br><br> BILL BELICHICK, THE NEW ENGLAND PATRIOTS, and THE NATIONAL FOOTBALL LEAGUE, <br>              Defendants. | CIVIL ACTION NO. 07-4671 (GEB) <br><br> HON. GARRETT E. BROWN, Chief Judge <br><br><br> **CERTIFICATION OF SERVICE** |

I certify that on this day I caused to be served by overnight mail copies of the following

documents in support of the within motion: (i) Notice of Motion; (ii) Memorandum of Law; (iii)

099999.00200/50362172v.1

Declaration of Stephen M. Orlofsky; and (iv) Proposed form of Order upon the following:

Bruce Ira Afran, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Attorneys for Plaintiff

Carl J. Mayer, Esq.
Mayer Law Group
56 Battle Road
Princeton, NJ 08540
Attorneys for Plaintiff

Robert J. Del Tufo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorneys for Defendant
The National Football League

Stephen M. Orlofsky

Dated: October 9, 2008