UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| CARL J. MAYER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) |
| | ) No. 3:07-CV-04671 (GEB) |
| Plaintiffs, | ) ) **NOTICE OF MOTION TO DISMISS** |
| v. | ) ) |
| | ) ELECTRONICALLY FILED |
| BILL BELICHICK, THE NEW ENGLAND PATRIOTS, AND THE NATIONAL FOOTBALL LEAGUE, | ) ) ) ) |
| Defendants. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant National Football League shall move in the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, before the Honorable Garrett E. Brown, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint with prejudice, and for such further relief as may be just and proper.

Defendant National Football League respectfully requests oral argument on this motion.

Dated: October 9, 2008

Respectfully submitted,

  s/ Robert Del Tufo
Robert Del Tufo
Robert.DelTufo@skadden.com
Shepard Goldfein
Shepard.Goldfein@skadden.com
Paul M. Eckles
Paul.Eckles@skadden.com
Matthew M. Martino
Matthew.Martino@skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Attorneys for Defendant National Football
   League*