**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Paul G. Nittoly (PN 0284)
Marita E. Cammarano (MC 1630)
Attorneys for New York Jets LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL J. MAYER, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED, | Civil Action No. 07- 04671 (GEB) |
| Plaintiffs, | Honorable Garrett E. Brown, Chief Judge |
| v. | |
| BILL BELICHICK, THE NEW ENGLAND PATRIOTS, AND THE NATIONAL FOOTBALL LEAGUE, | **Document electronically filed** |
| Defendants. | |

## BRIEF OF NEW YORK JETS LLC AS AMICUS CURIAE
## IN SUPPORT OF DISMISSAL OF THE AMENDED COMPLAINT

New York Jets LLC ("Jets"), as <u>amicus curiae</u>, hereby submits this brief in support of the motions to dismiss the Amended Complaint field by defendants the National Football League ("NFL" or "League") and the New England Patriots and Bill Belichick (collectively, the "Patriots" and together with the NFL, the "Defendants").

Plaintiffs have brought this class action lawsuit against the Patriots and the NFL based on the Patriots' actions during a September 2007 football game against the Jets at Giants Stadium. Plaintiffs contend that the Patriots' violation during that game of an NFL rule having the effect of prohibiting the videotaping of an opponent's signals has given rise to a number of statutory and common law causes of action.

At the time of the conduct, the Jets strenuously objected to the conduct of the Patriots in videotaping Jets coaches and players on the field in order to capture the coaches' signals and instructions. Accordingly, as a member club of the NFL, the Jets asserted their rights under applicable League rules and procedures and filed a complaint against the Patriots with the League office. Under League procedures, the League office conducted a proper investigation into the Patriots' actions, concluded that the Patriots and Coach Belichick violated a League rule, and disciplined the Patriots for their conduct. Coach Belichick was fined $500,000, and the Patriots were fined $250,000 and ordered to forfeit a first-round draft pick in the 2008 NFL Draft. Thus, the matter was resolved properly through appropriate internal League procedures.

The Jets understand and appreciate the concern of the team's loyal fans. However, as a member team of the NFL, the Jets have agreed that certain League rules and procedures will apply when an infraction of NFL rules occurs by any member club, whether on or off the field. These rules and procedures were applied properly in this matter. Violations of NFL rules are appropriately addressed through internal League investigation, procedure, and discipline of an offending team where appropriate. Our fans' disappointment in the discipline should not be the basis for a lawsuit against the NFL or any of its member clubs. Otherwise, there will be no end to the filing of lawsuits by passionate fans who are unhappy with an on-field penalty call or an off-field discipline imposed by the League for an on-field violation of League rules such as occurred in this case.

For the reasons stated in the Defendants' Motions to Dismiss, the Amended Complaint should be dismissed for failure to state a claim upon which relief may be granted.

          Respectfully submitted,

          DRINKER BIDDLE & REATH LLP
          A Delaware Limited Liability Partnership
          500 Campus Drive
          Florham Park, New Jersey 07932-1047
          (973) 360-1100
          *Attorneys for New York Jets LLC*

          By: */s/ Paul G. Nittoly*
               Paul G. Nittoly

Date:   October 17, 2008
        Florham Park, New Jersey