TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | PRELIMINARY STATEMENT | 2 |
| II. | SUMMARY OF ARGUMENT | 8 |
| III. | LEGAL STANDARD FOR MOTION TO DISMISS | 8 |
| IV. | ARGUMENT | 9 |

A. Count I States A Claim For Tortious Interference With Contractual Relations. ............ 9

    *i.* *Whether season ticket holders have contract rights is a case of first impression in New Jersey.* ............ 10

    *ii.* *Courts in other jurisdictions hold that football season ticket holders have a contract.* ............ 12

    *iii.* *Plaintiffs pled all elements of tortious interference under New Jersey law.* ............ 15

B. Count II States A Cause of Action For Common Law Fraud. ............ 18

    *i.* *Courts uphold common law fraud claims when football season ticket holders are misled.* ............ 18

    *ii.* *Plaintiffs adequately pled fraud under New Jersey law.* ............ 24

C. Count V: A Federal RICO Complaint is Adequately Pled. ............ 26

D. Count VI: States A Cause of Action For Violation of Plaintiff's Third Party Beneficiary Rights. ............ 33

E. Count VII States A Cause Of Action For Breach of Contract. ............ 34

F. Count VIII States A Claim That Defendants Violated The New Jersey Consumer Fraud Act. ............ 35

|      |      |      |
|------|------|------|
| *i.* | *The complaint properly alleges that defendants violated the New Jersey Consumer Fraud Act by deceiving plaintiff and other fans in connection with the sale of tickets.* | 37 |
| *ii.* | *Plaintiffs properly allege an intent to induce purchase under the NJCFA.* | 38 |
| *iii.* | *The complaint properly pleads a causal nexus between the defendants cheating and the economic damages to plaintiff.* | 40 |
| VI. | CONCLUSION | 41 |