Bruce I. Afran
Attorney-at-Law
10 Braeburn Drive
Princeton, New Jersey 08540
609-924-2075

January 8, 2009

Hon. Garrett E. Brown, Jr.
Chief Judge of the District of New Jersey
United States District Court
402 E. State Street
Trenton, New Jersey

Re:  Mayer v. Belichek, et al.; Case No.  07-CV-4571

Dear Judge Brown,

As co-counsel for plaintiff Carl Mayer and for putative class plaintiffs, I have filed today the Plaintiff's Memorandum of Law in Opposition to Defendant National Football League's Motion to Dismiss.

This Memorandum is filed out of time, as I was ill for a full week prior to December 31, 2008, the filing date, and could not earlier complete this brief.  I would appreciate if the Court would excuse this late submission.

Though we believe the existing schedule still provides sufficient time for the NFL's Reply Memorandum, Plaintiff has no objection to any request by defendants for additional time to submit their Replies.

Also filed today is the missing Table of Authorities for the Plaintiff's Memorandum in Opposition to Defendants New England Patriots and Bill Belichick's Motion to Dismiss, which was inadvertently omitted last week.

Respectfully,

Bruce I. Afran

C:  ECF Service List
.