## TABLE OF AUTHORITIES

### *Cases*

| | |
|---|---|
| *Anza v. Ideal Steel Supply Corp.*, <br> 547 U.S. 451, 126 S. Ct. 1991, 164 L. Ed. 2d 720 | 27 |
| *Anyanwu v. Columbia Broad. Sys., Inc.*, <br> 887 F.Supp. 690 (S.D.N.Y. 1995) | 9 <br> 9 |
| *Baseball Publishing Co. v. Bruton,* <br> 302 Mass. 54, 18 N.E.2d 362 (1938) | 15 |
| *Beder v. Cleveland Browns Inc*, <br> 129 Ohio App. 3d 188; 717 N.E.2d 716 <br> (Ohio Ct. App., Cuyahoga County 1998), <br> appl not allowed, 84 Ohio St. 3d 1438, <br> 702 N.E.2d 1215 (1998) | 12,13,19,20,21,24,40 |
| *Beder v. Cleveland Browns, Inc.* <br> 114 Ohio Misc. 2d 26, 758 N.E.2d 307 <br> (Ct. of Common Pleas, Cuyahoga County, 2001) | 13 |
| *Bennett v. Schmidt*, 153 F.3d 516 (7th Cir. 1998) | 9 |
| *Brever v. Rockwell Int'l Corp.*, 40 F.3d 1119 (10th Cir. 1994) | 9 |
| *Bridge v. Phoenix Bond & Indem. Co.*, <br> 128 S. Ct. 2131 (2008) | 26,27,28,29 |
| *Burr v. Stark Cty. Bd. of Commrs.*, <br> 23 Ohio St. 3d 69, 491 N.E.2d 1101 (1986) | 19 |
| *Centennial Insurance Company v. Horizon Construction Co.*, <br> 2008 U.S. Dist. LEXIS 88221 (D.N.J. 2008.) | 15 |
| *Charpentier v. Los Angeles Rams Football Company, Inc.*, <br> 75 Cal. App. 4th 301; 89 Cal. Rptr. 2d 115 <br> (Cal. Ct. of Appeals, 4th Appel.Dist. 1999) | 21,22,23 |

*Chattin v. Cape May Greene, Inc.*, 124 N.J. 520,
591 A.2d 943 (1991)  (Stein, J. concurring) — 36

*Cohen v. Home Ins. Co.*, 30 N.J. Super 72 (App.Div. 1989) — 35

*Cox v. Sears Roebuck & Co.,* 138 N.J. 2, 647 A.2d 454, 462 (1994) — 36

*Engalla v. Permanente Medical Group, Inc.*,
15 Cal. 4th 951, 64 Ca. Rptr. 2d 843, 938 P.2d 903 (1997) — 22

*Evancho v. Fisher*, 423 F.3d 347 (3d Cir.2005) — 9

*Fenwick v. Kay Am. Jeep, Inc.*, 72 N.J. 372, 371 A.2d 13 (1977) — 36

*Gaines v. Preterm-Cleveland, Inc.*, 33 Ohio St. 3d 54,
514 N.E.2d 709 (1987) — 19

*Gennari v. Weichert Realtors*, 148 N.J. 582, 691 A.2d 350 (1997) — 24

*Hurst v. Picture Theatres Limited*, (1915) 1 K.B. 1 (1914) — 11

*In re I.D. Craig Service Corp., 138 B.R. 490* (Bankr.W.D., Pa. 1992) — 14

*In re Platt*, 292 B.R. 12 (Bankr. D. Mass. 2003) — 14

*H. J. Inc. v. Northwestern Bell Telephone Co.*,
492 U.S. 229, 109 S. Ct. 2893, 106 L. Ed. 2d 195 (1989) — 30,31,32

*Iliadis v. Wal-Mart Stores, Inc.*, 191 N.J. 99 (2007) — 35

*Jackson v. Birmingham Bd. Of Educ.*,
544 U.S. 167, 125 S.Ct. 1497, 161 L.Ed.2d 361 (2005) — 8

*Lujan v. Defenders of Wildlife*,
504 U.S. 555, 119 L. Ed. 2d 351, 112 S. Ct. 2130 (1992) — 29

*Mussivand v. David*, 45 Ohio St. 3d 314, 544 N.E.2d 265(1989) — 19

*National Organization for Women, Inc. v. Scheidler*,
510 U.S. 249, 114 S. Ct. 798, 127 L. Ed. 2d 99 (1994) — 29,30

*Neder v. United States*, 527 U.S. 1, 119 S. Ct. 1827, 144 L. Ed. 2d 35 (1999) ............ 27

*Phonometrics, Inc. v. Hospitality Franchise Sys., Inc.*, 203 F.3d 790 (Fed. Cir. 2000) ............ 9

*Printing Mart v. Sharp Elec. Corp.*, 116 N.J. 739, 563 A.2d 31 (1989) ............ 15

*Ragin v. New York Times Co.*, 932 F.2d 995 (2d Cir. 1991) ............ 9

*Rothner v. City of Chicago*, 929 F.2d 297 (7th Cir. 1991) ............ 9

*Sedima, S. P. R. L. v. Imrex Co.*, 473 U.S. 479, 105 S. Ct. 3275, 87 L. Ed. 2d 346 (1985) ............ 30

*Shubert v. Nixon Amusement Co.*, 83 N.J.L. 101 (Sup.Ct. 1912) ............ 11,13

*Skalbania v. Simmons*, 443 N.E.2d 352 (Ind. App. 1982) ............ 14

*Skeer v. EMK Motors, Inc.*, 187 N.J.Super. 465, 455 A.2d 508 (App.Div.1982) ............ 36

*State v. Schmid*, 84 N.J. 535 (1980) ............ 12

*Strawn v. Canuso*, 140 N.J. 43, 657 A.2d 420 (1995) ............ 36

*United States v. Turkette*, 452 U.S. 576, 69 L. Ed. 2d 246, 101 S. Ct. 2524 (1981) ............ 31

*Uston v. Resorts International Hotel Inc.*, 89 N.J. 163; 445 A.2d 370 (1982) ............ 11,12

*Wartsila NSD North America, Inc. v. Hill Intern., Inc.*, 342 F. Supp. 2d 267, (D.N.J. 2004) ............ 24

*Wood v. Leadbitter*, 13 M&W 838, 153 Eng.Rep. 351, (Ex.1845) ............ 11

*Yeksigian v. Nappi*, 900 F.2d 101 (7th Cir. 1990) ............ 9

***Statutes***

| | |
|---|---|
| §1962(a) | 29,31 |
| §1962(b) | 29,31 |
| §1962(c) | 26,27,28,29,30,31,33 |
| §1962(d) | 29, 33 |
| §1964(c) | |
| N.J.S.A. § 56:8-2 | 36 |

***Rules***

| | |
|---|---|
| Rule 9(b) | 25, 39 |
| Rule 12(b)(6) | 8,9 |

***Treatises***

| | |
|---|---|
| Rest.2d Torts, § 538 | 23 |