Bruce I. Afran  
Attorney-at-Law  
10 Braeburn Drive  
Princeton, New Jersey 08540  
609-924-2075

January 8, 2009

Hon. Garrett E. Brown, Jr.  
Chief Judge of the District of New Jersey  
United States District Court  
402 E. State Street  
Trenton, New Jersey

Re:  <u>Mayer v. Belichick, et al.; Case No.  07-CV-4571</u>

Dear Judge Brown,

As co-counsel for plaintiff Carl Mayer and for putative class plaintiffs, I have today re-filed the Plaintiff's previously-filed Memorandum of Law in Opposition to Defendants New England Patriots and Bill Belichick's Motion to Dismiss the Complaint.

This Memorandum was filed timely on December 31, 2008, but the Table of Authorities had been omitted from the original filing.

This re-filed Memorandum now contains the missing Table of Authorities and is identical in all other respects to the original filed Memorandum.

Thank you for your consideration in this matter.

              Respectfully,

              Bruce I. Afran

C:  ECF Service List  
.